IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

COREY SANDERS                                                            PLAINTIFF

      v.              Civil No. 1:10-cv-01014

DAVID F. BUTLER, Columbia
County, Deputy Prosecuting Attorney;
and RANDY L. REED                                                        DEFENDANTS


**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Corey Sanders (hereinafter Sanders), an inmate in the Maximum Security Unit of the Arkansas Department of Correction, Tucker, Arkansas, filed this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1985(3). Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

The case is currently before me on Plaintiff's motion to appeal *in forma pauperis* (IFP). On April 29, 2010, I issued a report and recommendation (Doc. 6) recommending dismissal of the case because the claims asserted were frivolous, failed to state claims upon which relief could be granted, or were asserted against individuals immune from suit. 28 U.S.C. § 1915(e)(2)(B)(i-ii).

The report and recommendation was adopted by United States District Judge Harry F. Barnes on February 24, 2011 (Doc. 8). Plaintiff filed a notice of appeal on April 29, 2011 (Doc. 10) and on May 3, 2011 (Doc. 12).

Plaintiff has now filed a motion for leave to appeal IFP (Doc. 11). Pursuant to 28 U.S.C. § 1915(a)(3) "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that

-1-

it is not taken in good faith."  In this case, the appeal is clearly not taken in good faith as the claims asserted are frivolous, fail to state claims on which relief may be granted, or are against individuals immune from suit.

I therefore recommend that the motion for leave to appeal IFP (Doc. 11) be denied as the appeal is not taken in good faith, 28 U.S.C. § 1915(a)(3).  I further recommend that the Clerk be directed to collect the $455 filing fee from Plaintiff pursuant to the terms of the Prison Litigation Reform Act.  Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit.  Fed. R. App. P. 24(a).

**Sanders has fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  Sanders  is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of May 2011.


/s/ Barry A. Bryant_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE