IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


COREY SANDERS                                                                                    PLAINTIFF


V.                                         CASE NO. 10-CV-1014


DAVID BUTLER, Columbia
County, Deputy Prosecuting Attorney;
and RANDY L. REED                                                                              DEFENDANTS


## ORDER

Before the Court is the Report and Recommendation filed May 16, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). Judge Bryant recommends that Plaintiff's motion for leave to appeal in forma pauperis be denied as the appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). Plaintiff has responded with objections. (ECF No. 14). After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

Plaintiff's objections to the Report and Recommendation refer to the merits of his underlying lawsuit and issues that have already been decided by this court. (*See* ECF No. 8). The Court has reviewed these objections and finds no merit in the objections. Accordingly, for reasons stated herein and above, as well as those contained in Judge Bryant's Report and Recommendation (ECF No. 13), Plaintiff's motion for leave to appeal in forma pauperis (ECF No. 11) is **DENIED**. The Clerk is directed to collect the $455 filing fee from Plaintiff pursuant to the terms of the Prison

Litigation Reform Act.  Plaintiff may renew his motion for leave to appeal in forma pauperis with the Court of Appeals for the Eighth Circuit..

      **IT IS SO ORDERED**, this 7th day of July, 2011.

                                                      /s/ Harry F. Barnes  
                                                      Hon. Harry F. Barnes  
                                                      United States District Judge